METROPOLITAN LIFE INSURANCE COMPANY, Respondent, *v.* OTTO OSEAS et al., Appellants.

Argued October 23, 1942; decided December 3, 1942.

*Morton Pepper, Herbert S. Grossman* and *David Schmerler* for appellants.

*Herbert F. Garrick, Thomas F. Christie* and *Harry Cole Bates* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.